**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IMAM ISHMAEL ALI, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. 07-30064-MAP |
| | ) |
| CITY OF SPRINGFIELD, ET AL., | ) |
| Defendants | ) |

## ORDER OF DISMISSAL

March 28, 2008

PONSOR, D.J.

On April 17, 2007, Plaintiff filed a complaint based, among other things, upon religious, disability and age discrimination.  (Dkt. No. 1).  At the time of filing, Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis.  On May 18, 2007, the court denied the motion, noting that Plaintiff's employment rendered him "ineligible to proceed without payment."  Marginal Ruling of 5/18/2007.

Following this ruling, nothing occurred in the case until July 25, 2007, when the court ordered Plaintiff to either file a status report regarding his intent to proceed, or submit the appropriate filing fee, by August 15, 2007. (Dkt. No. 7).  On August 13, 2007, Plaintiff filed a Status Report, indicating that he wished to proceed in forma pauperis, but needed additional time because he was "trying to work out a favorable action with the city's attorney."  (Dkt. No. 8).

Again, nothing was heard regarding the case, until

November 15, 2007, when the clerk sent Plaintiff a letter enclosing the appropriate form to permit Plaintiff to proceed in forma pauperis.

On November 28, 2007, Plaintiff filed a Motion to Proceed in Forma Pauperis.  This motion was denied on January 16, 2008, due to the fact that Plaintiff had checked "yes" regarding "any other sources" of income on the application, but had failed to described what these other sources of income were.  The court's notation required that Plaintiff submit a new application or pay the filing fee by February 15, 2008, or face dismissal of his lawsuit.

On February 14, 2008, Plaintiff filed a form containing the notation "Check Issue: 01/31/2008" with an indication of a net payment of $174.58.  Attached to this document was an Affidavit of Indigency on a form provided by the Commonwealth of Massachusetts but dated 7/2/04.  These documents shed no light on the financial situation of Plaintiff sufficient to permit the court to reconsider his application to proceed in forma pauperis.

This case has now been pending nearly a year.  During that time, despite extensions, Plaintiff failed to supply the court with sufficient information to support his application to proceed in forma pauperis and has failed in the alternative to pay the required filing fee.

Under these circumstances, the court hereby orders this matter DISMISSED, without prejudice.  This ruling will not bar Plaintiff from instituting a new lawsuit pursuing any causes of action not barred by the statute of limitations upon the payment of the required filing fee, or the submission of a properly executed application to proceed in forma pauperis.

The clerk is ordered to enter a judgment of dismissal. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge